| | |
|---|---|
| 1 | BENJAMIN L. WEBSTER, Bar No. 132230 |
| | bwebster@littler.com |
| 2 | NATHANIEL H. JENKINS, Bar No. 312067 |
| | njenkins@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 500 Capitol Mall |
| 4 | Suite 2000 |
| | Sacramento, CA 95814 |
| 5 | Telephone: 916.830.7200 |
| | Fax No.: 916.561.0828 |
| 6 | |
| 7 | Attorneys for Defendant |
| | MUFG UNION BANK, N.A. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| FARIDA CARUSO, | Case No. **'20 CV 2487 H    JLB** |
|---|---|
| Plaintiff, | [San Diego County Superior Court Case No. 37-2019-00022159-CU-OE-NC] |
| v. | |
| UNION BANK and DOES 1-50, inclusive, | **DECLARATION OF NATHANIEL H. JENKINS IN SUPPORT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. SECTION 1441(a)** |
| Defendant. | |
| | Complaint Filed: April 30, 2019 |
| | Amended Complaint Filed: November 25, 2020 |

DECLARATION OF NATHANIEL H. JENKINS IN SUPPORT OF REMOVAL OF CIVIL ACTION

I, NATHANIEL H. JENKINS, hereby declare and state:

1. I am an attorney with the law firm of Littler Mendelson, P.C., and am one of the attorneys responsible for representing Defendant MUFG UNION BANK, N.A. ("Defendant") (erroneously sued as UNION BANK) in the above-entitled action. I am over the age of 18. As an attorney of the firm, I am familiar with the office's filing and record-keeping procedures. I have personal knowledge of the matters stated in this declaration by virtue of my representation of Defendant in this action. If asked to testify as a witness, I could and would competently testify to the following facts.

2. On April 30, 2019, Plaintiff FARIDA CARUSO ("Plaintiff") filed a complaint in the Superior Court of the State of California, in and for the County of San Diego, entitled *Farida Caruso v. Union Bank, and Does 1-50 inclusive,* designated as Case Number 37-2019-00022159-CU-OE-NC ("the Initial Complaint"). The Initial Complaint set forth four causes of action: (1) Negligence; (2) Negligent Infliction of Emotional Distress; (3) Intentional Infliction of Emotional Distress; and (4) Breach of the [Implied] Covenant of Good Faith and Fair Dealing. (A true and correct copy of Plaintiff's Initial Complaint is attached hereto as **Exhibit A**.)

3. On May 2, 2019, Plaintiff's counsel, Robin Wood, provided me with a copy of Plaintiff's Initial Complaint, along with summons and notice of Case Management Conference, and requested that Defendant return an executed Notice of Acknowledgement to effectuate service. (*See* Exhibit A.) I signed and returned the Notice of Acknowledgement to Ms. Wood on May 28, 2019.

4. On June 28, 2019, Defendant filed its Answer to Plaintiff's Initial Complaint in San Diego County Superior Court ("SDCSC"). (A true and correct copy of Defendant's Answer to Plaintiff's Initial Complaint is attached hereto as **Exhibit B**.)

5. On October 4, 2019, Plaintiff and Defendant ("the Parties") appeared for a Case Management Conference in SDCSC, whereby the Court set the matter for trial beginning August 14, 2020. Seven months later, due to the COVID-19 pandemic, SDCSC issued Minute Orders on May 16, 2020, continuing the trial conference and trial dates to January 15, 2021, and February 19, 2021, respectively. (True and correct copies of the Parties' Case Management Conference Statements, October 4, 2019 Minute Order setting a Trial Readiness Conference and Trial Date, and the May 16,

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

DECLARATION OF NATHANIEL H. JENKINS IN SUPPORT OF REMOVAL OF CIVIL ACTION

2.

2020 Minute Orders continuing the Trial Readiness Conference and Trial Dates are attached hereto as **Exhibit C**.)

6. After the initial Case Management Conference, the Parties began to engage in in written discovery and take depositions based on the claims set forth in the Initial Complaint. However, prior to discussion or producing confidential information, the Parties stipulated to, and the SDCSC granted, a Protective Order re Confidential Information on or about January 28, 2020. (A true and correct copy of the Stipulated (and Court Approved) Protective Order is attached hereto as **Exhibit D**.)

7. On April 23, 2020, Defendant filed a motion for summary judgment as to the four causes of action in the Initial Complaint in SDCSC. The motion was initially set for hearing on July 10, 2020, but due to the COVID-19 pandemic, SDCSC continued the hearing date to September 18, 2020. Prior to the hearing, and simultaneous with her filing an opposition to Defendant's motion for summary judgment, Plaintiff requested leave to file an amended complaint in order to add causes of action for discrimination and harassment in violation of Title VII of the Civil Rights Act, among other similar laws. Consequently, SDCSC continued Defendant's motion for summary judgment hearing to December 11, 2020, to allow Plaintiff time to seek leave of court to file an amended complaint. (True and correct copies of: Defendant's motion for summary judgment and supporting documents are attached hereto as **Exhibit E**; Plaintiff's opposition and supporting documents are attached hereto as **Exhibit F**; Defendant's reply and supporting documents are attached hereto as **Exhibit G**; and the Court's Minute Order dated September 18, 2020 is attached hereto as **Exhibit H**.)

8. On October 21, 2020, Plaintiff filed and served a motion for leave to amend the Initial Complaint in SDCSC. (A true and correct copy of Plaintiff's motion for leave to amend is attached hereto as **Exhibit I**.) Defendant then filed a notice of non-opposition on November 6, 2020. (A true and correct copy of Defendant's notice of non-opposition is attached hereto as **Exhibit J**.) On November 20, 2020, SDCSC granted Plaintiff's motion for leave to amend. (A true and correct copy of the SDCSC's Minute Order granting Plaintiff leave to amend dated November 20, 2020 is attached hereto as **Exhibit K**.)

///

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

DECLARATION OF NATHANIEL H. JENKINS IN SUPPORT OF REMOVAL OF CIVIL ACTION         3.

9. On November 24, 2020, Plaintiff filed her First Amended Complaint ("FAC") in SDCSC. Plaintiff's FAC sets forth six causes of action: (1) Race Discrimination in Violation of Title VII of the Civil Rights Act ("Title VII") and the Fair Employment and House Act ("FEHA"); (2) Age Discrimination in Violation of the Age Discrimination in Employment Act ("ADEA") and the FEHA; (3) Intentional Infliction of Emotional Distress; (4) Wrongful Termination in Violation of Public Policy; (5) Age Harassment in Violation of the ADEA and the FEHA; and (6) Failure to Prevent Discrimination and Harassment. (A true and correct copy of Plaintiff's FAC is attached hereto as **Exhibit L**.) Service of Plaintiff's FAC was then effective on December 21, 2020.

10. On December 11, 2020, SDCSC further continued the motion for summary judgment hearing date to December 18, 2020. On December 18, 2020, SDCSC denied Defendant's motion for summary judgment on the Initial Complaint as moot, because Plaintiff had since filed her FAC. (A true and correct copy of SDCSC's Minute Orders dated December 11 and 18, 2020 are attached hereto as **Exhibit M**.)

11. On December 21, 2020, Defendant filed its Answer to Plaintiff's FAC in SDCSC. (A true and correct copy of Defendant's Answer to the FAC is attached hereto as **Exhibit N**.)

12. Pursuant to 28 U.S.C. § 1446(a), Exhibits A-N attached to the this Declaration comprise all copies of process, pleadings, and orders served upon Defendant or filed, received, or served by it in this action. To Defendant's knowledge no further process, pleadings, or orders related to this case have been filed in San Diego County Superior Court or served by any party.

13. As of the date of this Notice of Removal, Defendant is unaware of any other parties who have been named or served with the summons and FAC in this action.

14. Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Southern District of California, written notice of such filing will be given by the undersigned to Plaintiff's counsel of record, Robin Montes-Wood, Law Offices of Robin Montes (1114 Maryland Dr., Vista, CA 92083; robinlaw@cox.net). In addition, a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the State of California, County of San Diego.

///

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

DECLARATION OF NATHANIEL H. JENKINS IN SUPPORT OF REMOVAL OF CIVIL ACTION     4.

1     I declare under penalty of perjury under the laws of the State of California and the
2  United States of America that the foregoing is true and correct.
3     Executed this 22nd day of December, 2020, in Sacramento, California.
4
5
6                                                */s/ Nathaniel H. Jenkins*
                                                NATHANIEL H. JENKINS
7
8
9  4814-1847-4451.1 063093.1046
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

DECLARATION OF NATHANIEL H. JENKINS IN SUPPORT OF REMOVAL OF CIVIL ACTION        5.