1  ROBIN D. WOOD, Bar No. 171332
   robinlaw@cox.net
2  LAW OFFICE OF ROBIN MONTES
   1114 Maryland Drive
3  Vista, CA 92083
   Telephone: 760.945.3148
4  Fax No.:    760.945.7487

5  Attorneys for Plaintiff
   FARIDA CARUSO
6

7  BENJAMIN L. WEBSTER, Bar No. 132230
   bwebster@littler.com
8  NATHANIEL H. JENKINS, Bar No. 312067
   njenkins@littler.com
9  LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
10 Sacramento, CA  95814
   Telephone: 916.830.7200
11 Fax No.:    916.561.0828

12 Attorneys for Defendant
   MUFG UNION BANK, N.A.
13 (ERRONEOUSLY SUED AS UNION
   BANK)

14

15                    UNITED STATES DISTRICT COURT

16                  SOUTHERN DISTRICT OF CALIFORNIA

17 | FARIDA CARUSO,                    | Case No.  3:20-cv-02487-H-JLB
18 |           Plaintiff,              | JOINT STIPULATION TO DISMISS
                                        CASE WITH PREJUDICE
19 |     v.                            |
                                        Complaint Filed:  April 30, 2019
20 | UNION BANK and DOES 1-50,         | FAC filed:       November 24, 2020
    inclusive,
21 |
              Defendant.
22

ITLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIPULATION TO DISMISS CASE                    3:20-cv-02487-H-JLB
WITH PREJUDICE

## DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff FARIDA CARUSO and Defendant MUFG UNION BANK, N.A. (ERRONEOUSLY SUED AS UNION BANK), acting through their respective counsel of record, hereby stipulate to dismiss the above-captioned case with prejudice. Each party agrees to bear its own costs and expenses.

IT IS SO STIPULATED.

Dated: March 2, 2021

ROBIN D. WOOD
LAW OFFICES OF ROBIN MONTES
Attorneys for Plaintiff
FARIDA CARUSO

Dated: March 2, 2021

BENJAMIN L. WEBSTER
NATHANIEL H. JENKINS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MUFG UNION BANK, N.A.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Robin Montes-Wood, counsel for Plaintiff, and I have obtained Ms. Wood's authorization to affix her electronic signature to this document.

*s/ Nathaniel H. Jenkins*
NATHANIEL H. JENKINS
LITTLER MENDELSON, P.C.

4828-7652-7583.1 063093.1046