# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIDA CARUSO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNION BANK and DOES 1-50, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 3:20-cv-02487-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 15.] |

On February 8, 2021, the Plaintiff Farida Caruso and Defendant MUFG Union Bank, N.A. attended an early neutral evaluation with the Magistrate. (Doc. No. 12.) Following the conference, the Magistrate issued an order indicating that the parties settled. (Doc. No. 13.) On March 23, 2021, the parties filed a joint motion requesting the Court to dismiss

this action with prejudice. (Doc. No. 15.) For good cause shown, the Court grants the parties' joint motion and dismisses this case with prejudice. Each party must bear their own costs and expenses.

**IT IS SO ORDERED.**

DATED: March 24, 2021

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT